IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:20-cr-00010-DCB-FKB

JORDAN RESHARD THOMAS

**ORDER GRANTING MOTION FOR LEAVE TO ALLOW
CLERK TO DOCKET ATTACHMENT**

BEFORE THE COURT is the Government's Motion [37] to Allow Clerk to Docket Attachment A to the Government's Memorandum in Support of its Response Opposing Defendant's Motion to Suppress [37]. Being fully advised in the premises, the Court finds that said motion is well-taken and the same should be and is hereby granted.

IT IS THEREFORE ORDERED that the aforementioned Attachment to the Government's Memorandum in Supports of its Response Opposing Defendant's Motion to Suppress be docketed and maintained by the Clerk of the Court and a courtesy copy of said Attachment be furnished to the Court.

ORDERED this the  25th  day of October 2021.


s/David Bramlette
UNITED STATES DISTRICT JUDGE